IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAINT-GOBAIN CORPORATION BENEFITS COMMITTEE, et al. | : | NO. 13-2069 |

## Order

AND NOW, this 4th day of October, 2013, upon consideration of the defendant's Motion for Partial Summary Judgment (Docket No. 38), plaintiff's Opposition and Cross-Motion for Partial Summary Judgment (Docket No. 48), defendant's replies thereto, and intervener defendants' briefs in response, and following an oral argument on September 24, 2013, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. IT IS FURTHER ORDERED that the plaintiff's cross-motion is DENIED.

The Court will determine whether the pension plan at issue should be terminated under 29 U.S.C. § 1342(c) de novo and will consider evidence outside the administrative record.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.